AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

RECEIVED APR 0 1 2008

National Shopmen Pension Fund, et al.

**SUMMONS IN A CIVIL CASE**

V.

Steel Service Plus, Ltd.

CA
Case: 1:08-cv-00545
Assigned To : Sullivan, Emmet G.
Assign. Date : 3/27/2008
Description: Labor-ERISA

TO: (Name and address of Defendant)

Steel Service Plus, Ltd.
Serve: Robert Barrett, President
       6515 Juniata Avenue
       Cleveland, Ohio 44103

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Marc H. Rifkind, Esq.
Slevin & Hart, P.C.
1625 Massachusetts Avenue, NW
Suite 450
Washington, DC 20036
(202) 797-8700

an answer to the complaint which is served on you with this summons, within  __twenty__  days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON             MAR 27 2008
CLERK                                DATE

(By) DEPUTY CLERK

AO 440 (Rev. DC - September 2003) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me⁽¹⁾ | DATE April 7, 2008 |
| NAME OF SERVER (PRINT) Sherry G. Leung | TITLE Paralegal to Counsel for Plaintiffs |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☒ Other (specify): _via Certified Mail (see attached green card)_

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/14/08
Date

Signature of Server

Slevin & Hart, PC
1625 Massachusetts Ave. NW, Ste 450
Washington, DC. 20036
Address of Server

---

Article Number: 7160 3901 9846 1613 1086

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes
1. Article Addressed to:
Steel Service Plus, LTD.
Robert Barrett, President
6316 Juniata Avenue
Cleveland, Ohio 44103

COMPLETE THIS SECTION ON DELIVERY
A. Received by (Please Print Clearly): Kassandra L Phillips
B. Date of Delivery: 4/7/08
C. Signature: Kassandra L Phillips
   ☐ Agent
   ☐ Addressee
D. Is delivery address different from item 1? ☐ Yes  ☐ No
If YES, enter delivery address below:

RECEIVED APR 0 9 2008

SCANNED / NOT SCANNED
DM# 10-3092

PS Form 3811, January 2005    Domestic Return Receipt
MHR:sgl:150.300